UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Skinner,

       Plaintiff,                                          Case No. 04-73816

v.                                                                 Hon. Nancy G. Edmunds

A. Peter Govorchin, Hugh Wolfenbarger,
Linda Wittmann and Douglas Ford,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendants' motion to dismiss and for summary judgment is hereby GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                                            s/Nancy G. Edmunds
                                                            Nancy G. Edmunds
                                                             United States District Judge

Dated:  September 22, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2005, by electronic and/or ordinary mail.

                                                             s/Carol A. Hemeyer
                                                             Case Manager